WILLIAM ROBERT FRANKLIN, PETITIONER-RESPOND-ENT, v. JANE MAUPIN FRANKLIN, DEFENDANT-AP-PELLANT.

Argued March 14, 1949—Decided March 21, 1949.

*Mr. Herman E. Dultz (Messrs. Kristeller & Zucker,* attorneys) argued the cause for the appellant.

PER CURIAM. We are in accord with the result reached in the court below and the orders appealed from are affirmed.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, HEHER, WACHENFELD, BURLING and ACKERSON—6.

*For reversal*—None.